UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIGUEL ANGEL COUVERTIER (1), )<br>)<br>Defendant. )<br>)<br>) | Case No.: 19CR4349-JLS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SET CONDITIONS OF RELEASE |

Presently pending before the Court is Defendant Miguel Angel Couvertier's appeal of the detention order entered by the Honorable Ruth B. Montenegro on April 16, 2020 (ECF No. 58). The Court has reviewed the record in this case, including the Joint Motion and Stipulation to Set Bail (ECF No. 55) and Magistrate Judge Montenegro's order of detention (ECF No. 57). For the reasons set forth in the joint motion to set bail, the Court is persuaded that the conditions of release proposed by the parties will reasonably assure the Defendant's appearance as required and the community's safety.

Accordingly, Defendant's appeal of the detention order in this matter is sustained, and the motion to set conditions of release is HEREBY GRANTED. The

Court will set bail in the amount of a ten thousand personal appearance bond secured by the signature of one financially reasonable adult, Defendant's mother.  The court will impose all the standard conditions of release and an additional condition that Defendant attend drug treatment and counseling at the direction of Pretrial Services. The May 1, 2020 hearing on Defendant's appeal of the detention order is HEREBY VACATED.

      IT IS SO ORDERED.

Dated:  April 28, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge