1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIGUEL ANGEL COUVERTIER (1),

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 19-CR-4349-JLS

ORDER CONTINUING SENTENCING HEARING

Pursuant to joint motion, IT IS HEREBY ORDERED that the sentencing date of Miguel Angel Couvertier to be continued from Friday, November 13, 2020 at 10:30 a.m. to Friday, February 5, 2021 at 10:30 a.m.  Defendant shall file an acknowledgement of the new hearing date by November 13, 2020.

IT IS SO ORDERED.

DATED: November 10, 2020

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge